IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STEVEN BRUNER, individually and on behalf of all others similarly situated, | )<br>)<br>) |
| Plaintiff, | ) Case No.   08 C 124<br>) |
| v. | ) Judge Norgle<br>) Magistrate Judge Nolan |
| AMERICAUNITED BANK & TRUST COMPANY, | )<br>)<br>) |
| Defendant. | ) |

**CERTIFICATE OF SERVICE**

I, Sherry Joseph, paralegal, hereby certifies under penalties of perjury under 28 U.S.C. § 1746 that on January 15, 2008, I electronically filed the attached *Executed Waiver of Service of Summons on Behalf of AmericaUnited Bank and Trust Company*, with the Clerk of the Court using the CM/ECF system.

/s/ Sherry Joseph