UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STEVEN BRUNER, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> AMERICAUNITED BANK & TRUST COMPANY, <br><br> Defendant. | Case No. 08 C 124 <br> Honorable Charles R. Norgle, Sr. |

### NOTICE OF FILING

To:   See attached Certificate of Service

PLEASE TAKE NOTICE that on March 11, 2008, the undersigned counsel filed *AmericaUnited Bank & Trust Company's Answer and Affirmative Defenses* with the Clerk of the United States District Court, Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois 60604, a copy of which was served upon all parties of record.

**AMERICAUNITED BANK & TRUST COMPANY**

By:   /s/ John D. Burke
      One of Its Attorneys

John D. Burke (ARDC No. 06203918)
**ICE MILLER LLP**
200 West Madison, Suite 3500
Chicago, Illinois 60606
(312) 726-1567

Bart T. Murphy
**ICE MILLER LLP**
2300 Cabot Drive, Suite 455
Lisle, Illinois 60532
(630) 955-0555

C/63364.2

## **CERTIFICATE OF SERVICE**

  John D. Burke, an attorney, certifies that on March 11, 2008, he caused a true and correct copy of the *Notice of Filing* **and** *AmericaUnited Bank & Trust Company's Answer and Affirmative Defenses*, to be served by U.S. Mail, proper postage prepaid, and electronic filing upon:

Lance A. Raphael
Stacy M. Bardo
Allison Krumhorn
The Consumer Advocacy Center, P.C.
180 West Washington Street, Suite 700
Chicago, Illinois 60602

           /s/ John D. Burke
           John D. Burke