
LEGAL COUNSEL

200 W. MADISON STREET
SUITE 3500
CHICAGO, IL 60606-3417

WRITER'S DIRECT NUMBER: (312) 726-8148
DIRECT FAX: (312) 726-6266
INTERNET: John.Burke@icemiller.com

March 14, 2008

*VIA FACSIMILE TRANSMISSION*

Lance A. Raphael, Esq.
The Consumer Advocacy Center, P.C.
180 West Washington Street, Suite 700
Chicago, Illinois 60602

Re:   *Steven Bruner v. AmericaUnited Bank & Trust Company,* No. 08 C 124

Dear Mr. Raphael:

We are in receipt of your discovery requests served by fax this afternoon. Your discovery requests are premature. Under Rule 26(d)(1), "a party may not seek discovery from any source before the parties have conferred as required by Rule 26(f)..." Please confirm that you will withdraw Plaintiff's First Set of Written Discovery Requests (Interrogatories, Requests for Production and Requests for Admissions of Fact). Unless you withdraw Plaintiff's First Set of Written Discovery Requests (Interrogatories, Requests for Production and Requests for Admissions of Fact), we will file a motion to quash.

Very truly yours,

ICE MILLER LLP

John D. Burke

JDB/kjg

cc:   Bart T. Murphy, Esq.

C/63759.1