UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| STEVEN BRUNER, individually and on behalf of all others similarly situated, | ) ) | |
| Plaintiff, | ) | Case No. 08 C 124 |
| v. | ) | Honorable Charles R. Norgle, Sr. |
| | ) | |
| AMERICAUNITED BANK & TRUST COMPANY, | ) ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF MOTION

To:   Lance A. Raphael
      Stacy M. Bardo
      Allison Krumhorn
      The Consumer Advocacy Center, P.C.
      180 West Washington Street, Suite 700
      Chicago, Illinois 60602

PLEASE TAKE NOTICE that on the **4th day of April, 2008** at **10:30 a.m.** or as soon thereafter as counsel may be heard, we shall appear before Judge Charles R. Norgle, Sr., Courtroom 2341, in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, or any judge who may be sitting in her stead, and there present the attached *Motion to Quash Discovery Requests*, copies of which are hereby served upon all parties.

**AMERICAUNITED BANK & TRUST COMPANY**

By:   /s/ Douglas A. Henning
      One of Its Attorneys

John D. Burke (ARDC No. 06203918)
Douglas A. Henning (ARDC No. 06289724)
**ICE MILLER LLP**
200 West Madison, Suite 3500
Chicago, Illinois 60606
(312) 726-1567

Bart T. Murphy
**ICE MILLER LLP**
2300 Cabot Drive, Suite 455
Lisle, Illinois 60532
(630) 955-0555

C/64243.1