UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STEVEN BRUNER, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> AMERICAUNITED BANK & TRUST COMPANY, <br><br> Defendant. | Case No. 08 C 124 <br> Honorable Charles R. Norgle, Sr. |

## DEFENDANT AMERICAUNITED BANK & TRUST COMPANY'S LOCAL RULE 3.2 DISCLOSURE STATEMENT

Defendant AmericaUnited Bank & Trust Company's ("Defendant") states as follows for its Notification of Affiliates Disclosure Statement pursuant to Local Rule 3.2:

National Bancorp, Inc. is the parent owning more than 5% of AmericaUnited Bank.

Dated: April 3, 2008

Respectfully submitted,

AMERICAUNITED BANK & TRUST COMPANY

By: /s/ John D. Burke
One of Its Attorneys

John D. Burke (ARDC No. 06203918)
**ICE MILLER LLP**
200 West Madison, Suite 3500
Chicago, Illinois 60606
(312) 726-8148

C/63472.1