**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Steven Bruner
                            Plaintiff,

v.                                              Case No.: 1:08−cv−00124
                                                Honorable Charles R. Norgle Sr.

AmericaUnited Bank & Trust Company
                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, April 4, 2008:

    MINUTE entry before Judge Honorable Charles R. Norgle, Sr:Motion to Quash Discovery Request [14] is granted. Motion hearing held 4/4/2008. Counsel to comply with Rule 26 and proceed routinely with discovery. Status hearing is set for 5/9/2008 at 10:30 a.m. Mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.