UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STEVEN BRUNER, individually and on behalf of all others similarly situated,<br>                                   Plaintiff,<br>v.<br><br>AMERICAUNITED BANK & TRUST COMPANY,<br>                                   Defendant. | Case No. 08 C 124<br>Honorable Charles R. Norgle, Sr. |

## REPORT OF PARTIES' PLANNING MEETING

1. Meeting. Pursuant to Federal Rule Civil Procedure 26(f), a meeting was held on April 30, 2008 by telephone and was attended by:

    Lance A. Raphael of The Consumer Advocacy Center, P.C. for the plaintiff.

    John David Burke of Ice Miller LLP for the defendant.

2. Pre-trial Schedule. The parties jointly propose to the Court the following discovery plan:

    a. It is anticipated that discovery will be needed on the following subjects:

        i. The class certification issues;
        ii. Facts relating to whether or not Defendant violated the Electronic Funds Transfer Act;
        iii. Facts relevant to the determining the amount of the award if liability were established;
        iv. Facts relating to Defendant's affirmative defenses.

    b. Disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1) will be made April 30, 2008.

    c. All fact discovery is to be completed by September 30, 2008.

    d. The parties expect they will need the depositions of Defendant's three currently disclosed witnesses as well as 2-3 other witnesses who may have used the machine at issue, a deposition of the Plaintiff and 1-2 depositions of the two identified 3rd parties of M. Lange, Inc. and Efmark, Inc.

    e. Expert discovery to be commenced in time to be completed by November 30, 2008. Reports from retained experts under Rule 26(a)(2) due:

    Parties to disclose experts under Rule 26(a)(2) by October 30, 2008;

   Disclosed experts to be deposed under Rule 26(a)(2) by November 28, 2008;

   Parties to disclose rebuttal experts under Rule 26(a)(2) by December 29, 2008;

   Disclosed rebuttal experts to be deposed under Rule 26(a)(2) by January 30, 2009;

  f. The parties should be allowed until October 15, 2008 to join additional parties and to amend pleadings.

  g. All potentially dispositive motions should be filed by February 28, 2009.

  h. Final pretrial order: Plaintiff to prepare proposed draft by March 28, 2009; parties to file joint final pretrial order by April 15, 2009.

  i. The case should be ready for trial by April 2009 [and at this time is expected to take approximately 4 days].

3. Settlement. No formal settlement demands have been exchanged.

4. Consent. Parties do not consent unanimously to proceed before a Magistrate Judge.

<u>May 6, 2008</u>
Date

/s/ <u>Lance A. Raphael</u>
Attorney for Plaintiff

/s/ <u>John D. Burke</u>
Attorney for Defendant

C/64482.2