## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
## Eastern Division

Steven Bruner
                                        Plaintiff,

v.                                                Case No.: 1:08−cv−00124
                                                        Honorable Charles R. Norgle Sr.

AmericaUnited Bank & Trust Company
                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 9, 2008:

      MINUTE entry before Judge Honorable Charles R. Norgle, Sr: Status hearing held on 5/9/2008. The Court approves of the Report of Parties' Planning Meeting. Status hearing is continued to 10/24/2008 at 10:30 a.m. Counsel may appear or file an Agreed Written Status Report. Mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.