UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Steven Bruner

                                Plaintiff,

v.                                                  Case No.: 1:08−cv−00124
                                                            Honorable Charles R. Norgle Sr.

AmericaUnited Bank & Trust Company
                                Defendant.


**ORDER REFERRING A CIVIL CASE TO THE
DESIGNATED MAGISTRATE JUDGE**


      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Honorable Nan R. Nolan for the purpose of holding proceedings related to: settlement conference. (ewf, )Telephoned/mailed notice.


Dated: July 15, 2008

                                                                              /s/ Charles R. Norgle Sr.
                                                                              United States District Judge